ORIGINAL

1  KAREN P. HEWITT
   United States Attorney
2  TIMOTHY F. SALEL
   Assistant U.S. Attorney
3  California State Bar No. 163597
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-6074

6  Attorneys for Plaintiff
   United States of America
7

FILED

08 MAR -6 AM II: 01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                 ᴅᴏ   DEPUTY

8           UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | )  Criminal Case No. 08CR0509-BEN |
| 11            Plaintiff, | ) |
| 12            v. | )  MOTION  AND  ORDER  TO  UNSEAL |
|  | )  INDICTMENT AND ARREST WARRANTS |
| 13  JESUS MACIAS (1), | ) |
|         aka Jessie, | ) |
| 14  JOSE JESUS PERUCH SAENZ (2), | ) |
|         aka George, | ) |
| 15       aka G Unit, | ) |
|   JUAN ERNESTO MACIAS, JR. (3), | ) |
| 16       aka Johnny, | ) |
|   ISABEL QUISTIAN, III (4), | ) |
| 17 | ) |
|            Defendants. | ) |
| 18 | ) |

19       COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

20  Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney, and

21  hereby requests that the Indictment and Arrest Warrants in the above-referenced case be unsealed.

22       DATED: March 8, 2008.                    Respectfully submitted,

23                                                KAREN P. HEWITT
                                                  United States Attorney
24

25                                                TIMOTHY F. SALEL
                                                  Assistant U.S. Attorney
26

27       SO ORDERED.

28       DATED: 3/6/0Y                            HON. CATHY ANN BENCIVENGO
                                                  United States Magistrate Judge