FID# 1453443
SECRET

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | 2008 MAR 11 AM 9:10 |
| --- | --- |
| V. | **WARRANT FOR ARREST** |
| Jesus Macias (1), aka Jessie | CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA |
| | CASE NUMBER: 08cr0509-BEN |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Jesus Macias (1), aka Jessie
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

21:846 and 841(a)(1) - Conspiracy to Distribute Oxycodone and Hydrocodone Bitartrate;
21:841(a)(1) - Distribution of Oxycodone and Hydrocodone Bitartrate;
21:841(a)(1) - Possession with Intent to Distribute Oxycodone and Hydrocodone Bitartrate;
18:2 - Aiding and Abetting;   21:853(a), and 853(p) - Criminal Forfeiture;

RECEIVED 2008 FEB 25 A 11:31 US MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title    See Above    United States Code, Section(s)

| W. Samuel Hamrick, Jr. | Clerk of the Court |
| --- | --- |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | February 25, 2008    San Diego, CA |
| Signature of Deputy | Date and Location |
| DATE 3/6/08 | |
| Bail fixed at $    ARRESTED BY DEA    by | The Honorable William McCurine, Jr. |
| STEVEN C. STAFFORD<br>ACTING U.S. MARSHAL, S/CA<br>BY [signature] | Name of Judicial Officer |

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

CLASS I Z        DEA        3599
(Poss/Dist
Oxycodone +
Hydrocodone)