**NORMA A. AGUILAR**
California State Bar No. 211088
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
E-Mail: norma_aguilar@fd.org

Attorneys for Mr. Jesus Macias

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR509-BEN |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| JESUS MACIAS, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day, using the Court's ECF system, upon Assistant United States Attorney Timothy Salel and upon all co-defendant counsel.

Respectfully submitted,

Dated:     April 7, 2008
/s/ Norma A. Aguilar
**NORMA A. AGUILAR**
Attorney for Mr. Macias
norma_aguilar@fd.org

08CR509-BEN