**NORMA A. AGUILAR**
California State Bar No. 211088
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone: (619) 234-8467
E-mail: norma_aguilar@fd.org

Attorneys for Mr. Jesus Macias

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CATHY ANN BENCIVENGO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR0509-BEN |
| Plaintiff, ) | |
| v. ) | JOINT MOTION FOR MODIFICATION OF BOND |
| **JESUS MACIAS,** ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES** that bond conditions be modified as set forth herein.  The pretrial services officer has no objection to the modification.  The sureties and the defendant have signed an acknowledgment accepting such modification.  It is stipulated that the bond be modified as follows:

The condition setting forth a curfew of 11 p.m. to 6 a.m. be removed.

All other conditions remain the same.

Dated: April 22, 2008         */s/ Norma A. Aguilar*
                             **NORMA A. AGUILAR**
                             Federal Defenders of San Diego, Inc.
                             Attorneys for Defendant Macias

Dated: April 22, 2008         */s/ Timothy Salel*
                             **TIMOTHY SALEL**
                             Assistant United States Attorney