1 | **NORMA A. AGUILAR**
California State Bar No. 211088
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | E-mail: norma_aguilar@fd.org

5 | Attorneys for Mr. Jesus Macias

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CATHY ANN BENCIVENGO)**

| UNITED STATES OF AMERICA, | ) CASE NO. 08CR0509-BEN |
|---|---|
| Plaintiff, | ) |
| v. | ) ACKNOWLEDGMENT BY DEFENDANT |
| JESUS MACIAS, | ) AND CONSENT BY SURETIES |
| Defendant. | ) |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY;
TIMOTHY SALEL, ASSISTANT UNITED STATES ATTORNEY; AND
TAMMY REIDLING, PRETRIAL SERVICES OFFICER.

I, Jesus Macias, acknowledge that I will abide by all conditions of pre-trial release as previously set and that I consent to and agree to abide by a modification of my terms as follows:

The condition previously-set be deleted, which sets forth a curfew of 11 p.m. to 6 a.m.

4-21-08
Date                                         JESUS MACIAS, Defendant

//
//
//
//
//

Further:

We, the sureties in the above-captioned case, consent to the modification of the conditions of release for Jesus Macias as set forth above. We further understand that all other terms and conditions remain unchanged, and we remain subject to the same penalties and sanctions.

4-21-08
Date

JAIME MACIAS, Surety

4-21-08
Date

JUAN MACIAS, Surety