UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cr0509-BEN |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| JESUS MACIAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion for Modification of Bond has been electronically served this day upon:

> Timothy Salel
> U.S. Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated:  April 22, 2008                 /s/ Norma A. Aguilar
                                       NORMA A. AGUILAR
                                       Federal Defenders
                                       225 Broadway, Suite 900
                                       San Diego, CA 92101-5030
                                       (619) 234-8467  (tel)
                                       (619) 687-2666  (fax)
                                       norma_aguilar@fd.org