UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CATHY ANN BENCIVENGO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0509-BEN |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| JESUS MACIAS, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the bond in this case be modified as follows:

The condition setting forth a curfew of 11 p.m. to 6 a.m. be removed.

All other conditions remain the same.

**SO ORDERED.**

DATED: April 23, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge