KAREN P. HEWITT
United States Attorney
TIMOTHY F. SALEL
Assistant U.S. Attorneys
California State Bar No. 163597
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone No.:  (619) 557-6074
Facsimile No.:  (619) 557-3445
E-mail: timothy.salel@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.  08CR0509-BEN |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| JESUS MACIAS (1),<br>   aka Jessie,<br>JOSE JESUS PERUCH SAENZ (2),<br>   aka George,<br>   aka G Unit,<br>JUAN ERNESTO MACIAS, JR. (3),<br>   aka Johnny,<br>ISABEL QUISTIAN, III (4), | |
| Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, Timothy F. Salel, the undersigned Assistant U.S. Attorney, hereby enters my appearance as counsel in the above-captioned case.

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| Timothy F. Salel | 163597 | (619) 557-6074 | timothy.salel@usdoj.gov |

I, Timothy F. Salel, hereby certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

1    Effective this date, the following Government attorney is no longer associated with this case

2    and should not receive any further Notices of Electronic Filings relating to activity in this case:

3    **Name**              **CA Bar No.**      **Telephone No.**      **E-mail Address**

4    None                  N/A                 N/A                    N/A

5                                              Respectfully submitted,

6                                              KAREN P. HEWITT
                                               United States Attorney
7

8    DATED: June 2, 2008                       */S/ TIMOTHY F. SALEL*
                                               TIMOTHY F. SALEL
9                                              Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0509-BEN |
| Plaintiff, | ) |
| v. | ) CERTIFICATE OF SERVICE |
| JESUS MACIAS (1),<br>aka Jessie,<br>JOSE JESUS PERUCH SAENZ (2),<br>aka George,<br>aka G Unit,<br>JUAN ERNESTO MACIAS, JR. (3),<br>aka Johnny,<br>ISABEL QUISTIAN, III (4), | ) |
| Defendants. | ) |

IT IS HEREBY CERTIFIED that:

I, Timothy F. Salel, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I have caused service of **NOTICE OF APPEARANCE**, on the following parties, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following parties at their respective e-mail addresses:

(1)     NORMA A. AGUILAR – Attorney for JESUS MACIAS (1)
        norma_aguilar@fd.org

(2)     EZEKIEL E. CORTEZ – Attorney for JOSE JESUS PERUCH SAENZ (2)
        lawforjustice@aol.com

(3)     ANTONIO F. YOON – Attorney for JUAN ERNESTO MACIAS, JR. (3)
        antonioyoon@cox.net

(4)     RICHARD BRIAN RODRIGUEZ – Attorney for ISABEL QUISTIAN (4)
        lawrichrod@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 2, 2008                    */S/ TIMOTHY F. SALEL*
                                        TIMOTHY F. SALEL
                                        Assistant U.S. Attorney
                                        E-mail: timothy.salel@usdoj.gov