**NORMA A. AGUILAR**
California State Bar No. 211088
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: norma_aguilar@fd.org

Attorneys for Mr. Jesus Macias

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CATHY ANN BENCIVENGO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR0509-BEN |
| Plaintiff, | |
| v. | JOINT MOTION FOR MODIFICATION OF BOND |
| **JESUS MACIAS,** | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES** that bond conditions be modified as set forth herein. The sureties and the defendant have signed an acknowledgment accepting such modification. It is stipulated that the bond be modified as follows:

The travel restriction be modified to permit travel within the United States.

All other conditions remain the same.

Dated: September 4, 2008        */s/ Norma A. Aguilar*
                                **NORMA A. AGUILAR**
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Mr. Macias

Dated: September 4, 2008        */s/ Timothy Salel*
                                **TIMOTHY SALEL**
                                Assistant United States Attorney