```
 1  NORMA A. AGUILAR
    California State Bar No. 211088
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California  92101-5008
    Telephone: (619) 234-8467
 4  E-mail: norma_aguilar@fd.org

 5  Attorneys for Mr. Jesus Macias
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>         Plaintiff,                    )<br>                                        )<br> v.                                     )<br>                                        )<br> JESUS MACIAS,                          )<br>                                        )<br>         Defendant.                    )<br>_____) | CASE NO. 08CR0509-BEN<br><br>ACKNOWLEDGMENT BY DEFENDANT<br>AND CONSENT BY SURETIES |

TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY;
     TIMOTHY SALEL, ASSISTANT UNITED STATES ATTORNEY; AND
     TAMMY REIDLING, PRETRIAL SERVICES OFFICER.

I, Jesus Macias, acknowledge that I will abide by all conditions of pre-trial release as previously set and that I consent to and agree to abide by a modification of my terms as follows:

My travel restriction be modified to permit travel within the United States.

8-9-08
_____                              _____
Date                                         JESUS MACIAS, Defendant

//
//
//
//
//

1 | Further:
2 |     We, the sureties in the above-captioned case, consent to the modification of the conditions of release
3 | for Jesus Macias as set forth above. We further understand that all other terms and conditions remain
4 | unchanged, and we remain subject to the same penalties and sanctions.

6 | 
7 | 8/04/08                *[signature]*
   Date                       JAIME MACIAS, Surety

8 | 8-9-08                 *[signature]*
9 | Date                       JUAN MACIAS, Surety