UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | Case No. 08CR0509-BEN |
| ) | |
| v.  ) | |
| ) | **CERTIFICATE OF SERVICE** |
| JESUS MACIAS,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Timothy Salel, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101

Dated: September 4, 2008

    */s/ Norma A. Aguilar*
    **NORMA A. AGUILAR**
    Federal Defenders
    225 Broadway, Suite 900
    San Diego, CA 92101-5030
    (619) 234-8467  (tel)
    (619) 687-2666  (fax)
    Email: norma_aguilar@fd.org