# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>**JESUS MACIAS,**<br><br>        Defendant. | CASE NO. 08CR0509-BEN<br><br>**ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the bond in this case be modified as follows:

    The travel restriction be modified to permit travel within the United States. All other conditions remain the same.

**SO ORDERED.**

Dated: September 5, 2008

_____
**HONORABLE CATHY ANN BENCIVENGO**
United States Magistrate Judge