```
 1 | NORMA A. AGUILAR
   | California State Bar No. 211088
 2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
   | 225 Broadway, Suite 900
 3 | San Diego, California 92101-5008
   | Telephone: (619) 234-8467
 4 | E-mail: norma_aguilar@fd.org
 5 | Attorneys for Mr. Jesus Macias
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0509-BEN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ACKNOWLEDGMENT BY DEFENDANT |
| JESUS MACIAS, | ) | OF NEXT COURT DATE |
| Defendant. | ) | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY;
    TIMOTHY SALEL, ASSISTANT UNITED STATES ATTORNEY; AND

I, Jesus Macias, acknowledge that the next court date is December 2, 2008 at 2:00 p.m. for motion hearing and trial setting.

_9-10-08_
Date                                    JESUS MACIAS, Defendant

//
//
//